

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00244-CV

Monica **GARCIA**,
Appellant

v.

Ignacio **SANCHEZ** and Jeff Kotham, Individually, d/b/a Texas Towing Corporation,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI05004
Honorable Norma Gonzales, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: November 26, 2025

DISMISSED

On June 6, 2025, the trial court clerk notified this court that the clerk's record was not filed when it was originally due because appellant had failed to pay the clerk's fee for preparing the record and appellant is not entitled to appeal without paying the fee. On September 22, 2025, this court ordered appellant to provide written proof to this court by October 22, 2025, that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) that appellant is entitled to appeal without paying the clerk's fee. We warned that, if appellant failed

to timely respond, this appeal would be dismissed for want of prosecution.  *See* TEX. R. APP. P. 37.3(b).  To date, appellant has not responded.  Accordingly, this appeal is dismissed for want of prosecution.  *See id.* R. 37.3(b), 42.3(b).  Costs of the appeal are taxed against appellant.


PER CURIAM